UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# CONSENT TO EXERCISE OF JURISDICTION
## BY A UNITED STATES MAGISTRATE JUDGE
### (FOR USE IN CIVIL CASES WITH A MAGISTRATE JUDGE AS PRESIDER)

INSTRUCTIONS TO ALL PARTIES
ACTION REQUIRED WITHIN 14 DAYS

Pursuant to Local Rule of Civil Procedure 3.7(a)(1), all civil cases will be randomly assigned to a U.S. District Court Judge or to a U.S. Magistrate Judge.

When a case is filed and assigned to a Magistrate Judge, a consent form is provided to the individual or attorney who is filing the case.  On the form, consent may be given to the jurisdiction of the Magistrate Judge by signing the consent section of the form.  If all parties consent, the case will remain with the Magistrate Judge, pursuant to Title 28, U.S.C. § 636(c)(1).  These cases are assigned to a Magistrate Judge for all purposes, including trial and final entry of judgment.  Any appeal from a judgment entered by the Magistrate Judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

Consent to proceed before a Magistrate Judge is voluntary and no adverse consequences of any kind will be felt by any party or attorney who objects to the assignment of a case to the Magistrate Judge.

**The party filing the case or notice of removal is responsible for serving all parties with the consent form.**

This case has been assigned to a Magistrate Judge.  Therefore, pursuant to Local Rule of Civil Procedure, 3.7(b), each party must execute and file within fourteen (14) days of its appearance either a written consent to the exercise of authority by the Magistrate Judge under Title 28, U.S.C. § 636(c) or a written election to have the action reassigned to a District Judge using the form provided.

If any party chooses the District Judge option, the case will be randomly reassigned to a U.S. District Court Judge.  To elect to have the case heard before a U.S. District Court Judge, the District Judge Option section of the form must be completed.

**Each party <u>must</u> file the completed consent form and certificate of service with the court no later than 14 days after the filing of the Complaint, the filing of the Notice of Removal, or entry of appearance.**

Attorneys and pro se parties who have been given permission to file electronically must <u>**e-file**</u> the form using the appropriate restricted event located in the **Other Documents category:  Consent/Election Form LRCiv 3.7(b).**  Pro se filers who have not been authorized to e-file should submit the completed paper form to the Clerk's Office.  The completed consent form must be served by mail or hand-delivery to all parties of record in the case.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

                Plaintiff,

vs.

_____

                Defendant.

Case No. CV _____

**CONSENT TO EXERCISE OF JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c)(1), the undersigned (party)(counsel of record for _____) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the Ninth Circuit Court of Appeals if an appeal is filed.

Date: _____     _____
                                     Signature

                                     _____
                                     Print Name

**DISTRICT JUDGE OPTION**

Pursuant to Title 28, U.S.C. § 636(c)(2) the undersigned (party)(counsel of record for _____ _____) in the above captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____     _____
                                     Signature

                                     _____
                                     Print Name

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Consent was served (by mail) (by hand delivery) on all parties of record in this case, this _____day of _____, 20\_\_\_\_.

                                     _____
                                     Signature

**\*\*E-file this form using the event Consent/Election Form LRCiv 3.7(b) under Other Documents\*\***